IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KARL L. DAHLSTROM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07cv229 |
| v. | § | |
| | § | |
| JAMES DAVID MOORE, BILL JACK | § | |
| CHILES, JR. And LARRY G. GUILLOUD, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motions to Dismiss (Dkts. 11 & 28) be GRANTED in part, that Plaintiff's federal claims of constitutional and civil rights violations against Defendants be dismissed with prejudice, and that Plaintiff's remaining state law claims of slander and libel be dismissed without prejudice to refiling in state court.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendants' Motions to Dismiss (Dkts. 11 & 28) are GRANTED in part,

and Plaintiff's federal claims of constitutional and civil rights violations against Defendants are dismissed with prejudice. Further, Plaintiff's remaining state law claims of slander and libel are dismissed without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 26th day of February, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE