IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KARL L. DAHLSTROM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07cv229 |
| v. | § | |
| | § | |
| JAMES DAVID MOORE, BILL JACK | § | |
| CHILES, JR. And LARRY G. GUILLOUD, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2008 and July 21, 2008, the Magistrate Judge entered reports containing proposed findings of fact and recommendations that Defendants' Motions to Dismiss (Dkts. 11 & 28) be GRANTED in part, that Plaintiff's federal claims under 42 U.S.C. § 1983, 42 U.S.C. §1985(3), 42 U.S.C. § 1981, "RICO," and 18 U.S.C. § 241 be dismissed with prejudice and that Plaintiff's remaining state law claims of slander and libel be dismissed without prejudice to refiling in state court.

The Court has made a *de novo* review of the objections raised by Plaintiff and Defendant's responses. The Court is of the opinion that the findings and conclusions of the Magistrate Judge as contained in his report and supplemental report are correct, and the objections of Plaintiff are without

merit. Therefore, Defendants' Motions to Dismiss (Dkts. 11 & 28) are GRANTED in part, and Plaintiff's federal claims under 42 U.S.C. § 1983, 42 U.S.C. §1985(3), 42 U.S.C. § 1981, "RICO," and 18 U.S.C. § 241 are dismissed with prejudice. Further, Plaintiff's remaining state law claims of slander and libel are dismissed without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 8th day of September, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE